■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIE A. CLARK, on Behalf of ALEX CHARLOT, Also Known as ALIXE CHARLOT, Petitioner, v COMMISSIONER OF NEW YORK CITY DEPARTMENT OF CORRECTION et al., Respondents. [44 NYS3d 775]— Writ of habeas corpus in the nature of an application to reduce bail upon Kings County indictment Nos. 7776/16 and 7778/16.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Rivera, J.P., Cohen, Miller and Brathwaite Nelson, JJ., concur.